UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:16-mj-0444 |
| | ) | |
| AKRAM MUSLEH, | ) | - 01 |
|     Defendant. | ) | |

### MINUTE ENTRY
### For June 21, 2016

Parties appear for an initial appearance on the Complaint filed June 21, 2016. Defendant appeared in person and by counsel Michael Donahoe. Government represented by AUSA Brad Shepard. USPO represented by Mandy Burton.

Charges, rights and penalties were reviewed and explained.

Government filed their Motion for Pretrial Detention and a hearing was granted. Preliminary and detention hearing set for **June 27, 2016 at 2:30 p.m. in courtroom 270**.

Defendant remanded to the custody of the U.S. Marshals pending further proceedings before the Court.

Dated: 6/22/16

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to counsel via electronic notification.