UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>    V.<br><br>AKRAM L. MUSLEH,<br>    Defendant. | )<br>)<br>)<br>)<br>)  1:16-mj-00444-TAB-1<br>)<br>)<br>)<br>) |

**ORDER ON DEFENDANT'S MOTION TO CONTINUE
PRELIMINARY EXAMINATION AND DETENTION HEARING**

This matter is before the Court upon Defendant's Motion to Continue the July 11, 2016 preliminary examination and detention hearing presently set in this cause, and the Court, being duly advised, now finds the Motion well taken, and that the Motion should be **GRANTED** for the reasons set forth in Defendant's Motion.

**IT IS THEREFORE ORDERED** that the Monday, July 11, 2016 hearing is vacated and rescheduled for August 1, 2016 at 1:30 p.m. in Courtroom 243, United States District Court, Indianapolis, Indiana.

Dated: 07/05/2016

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to:

Distribution to all registered counsel by electronic notification via CM/ECF