## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 1:16-mj-00444 |
| | ) |
| AKRAM I. MUSLEH | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S WAIVER OF DETENTION HEARING

Comes now the defendant and, having been advised by counsel of his right to a detention

hearing, now waives said detention hearing, pursuant 18 U.S.C. ' 3142(f)(2)

Further, the defendant understands that he will be detained until time of trial.

AKRAM I. MUSLEH

Defendant

July 26, 2016
Date

Counsel for Defendant
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 2150
Indianapolis, IN 46204
317-383-3520

Distribution to all registered counsel by electronic notification via CM/ECF